January 21, 2015

CHRISTOPHER A. PRINCE
CLERK OF THE COURT
Case No. 01-10-00907-CR

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN 26 2015

CHRISTOPHER A. PRINCE
CLERK

Court of Appeals
First District
301 Fannin St,
Houston, Texas
77002-2066

Dear Sir,

I'm writing to your office to say Thank You! so very much for the document's I recently received. I am very grateful and at your mercy.

Your assistance is highly appreciated, Sir. Again, I thank you, sir.

Sincerely, Respectful Submitted!

Crystal Y. Roberson #1915067
(Lane Murray Unit)
1916 N. Hwy 36 Bypass
Gatesville, Texas
76596



Crystal Robinson #1915067
Murray Unit
1916 N. Hwy 36 Bypass
Gatesville, Texas 76596

CHRISTOPHER A. PRINE
CLERK
JAN 26 2015

Christopher A. Prine
Clerk of the Court
Court of Appeals 1st District
301 Fannin Street
Houston, Texas 77002-2066

Mailed Out 1-23-2015

AUSTIN TX 787
RIO GRANDE DISTRICT
23 JAN 2015 PM 5 L
FOREVER USA